UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:26cv00488 CAS (DFMx) Date: August 11, 2026

Title *FRANKIE ALVAREZ; ET AL. v. LINH THUY LE; ET AL.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFFS** show cause in writing not later than **September 1, 2026**, why this action should not be dismissed for lack of prosecution **as to defendants.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiffs are advised that the Court will consider a proofs of service of summons and first amended complaint[34] on **defendants LINH THUY LE; TRONG HOANG LUU; JOHN F. RILEY; INVENTIS VENTURES, LLC; INVENTIS VENTURES, INC.; INVENTIS VENTURES HOLDING, INC.; INVENTIS HOLDINGS, INC.; INVENTIS VENTURES ELITE TRUST; WOW WIN ON WEALTH; GOLDEN TRADING G.R. INTERNATIONAL, INC.; VIVERE INICIO; and CHRISTINE NGUYEN** on or before the above date, as a satisfactory response to the Order to Show Cause.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | CMJ |